UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION
Civil No. 00-1104(DSD/JMM)

Elliott R. Annett,

Plaintiff,

v.

**ORDER OF DISMISSAL**

Eaton Corporation,

Defendant.

It appearing from the files and records that this case has been dormant for some time,

**NOW THEREFORE**, Sua Sponte because of lack of prosecution the case is **DISMISSED**.

**PROVIDED** that, the court will retain jurisdiction for ten days from the date hereof to afford counsel the opportunity, if so advised, to move to vacate this Order of Dismissal.

Dated: October 4, 2000

David S. Doty, Judge
United States District Court

OCT 04 2000
FILED
FRANCIS E. DOSAL, CLERK